1     *(Stipulating parties listed on signature page)*

2            **UNITED STATES DISTRICT COURT**

3          **NORTHERN DISTRICT OF CALIFORNIA**

4             **SAN FRANCISCO DIVISION**

5

6

7

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | No. 07-cv-5944-SC<br>MDL No. 1917 |

8

9   This Document Relates to:

10   *Electrograph Systems, Inc. et al. v. Technicolor SA, et al., No. 13-cv-05724;*

11   *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Technicolor SA, et al., No. 13-cv-05261;*

13

14   *Best Buy Co., Inc., et al. v. Technicolor SA, et al., No. 13-cv-05264;*

15

16   *Interbond Corporation of America v. Technicolor SA, et al., No. 13-cv-05727;*

17   *Office Depot, Inc. v. Technicolor SA, et al., No. 13-cv-05726;*

18

19   *Costco Wholesale Corporation v. Technicolor SA, et al., No. 13-cv-05723;*

20

21   *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al., No. 31:cv-05725;*

22

23   *Schultze Agency Services, LLC, o/b/o Tweeter Opco, LLC, et al. v. Technicolor SA, Ltd., et al., No. 13-cv-05668;*

24

25   *Sears, Roebuck and Co. and Kmart Corp. v. Technicolor SA, No. 3:13-cv-05262;*

26

27   *Target Corp. v. Technicolor SA, et al., No. 13-cv-05686;*

28

Right column:

No. 07-cv-5944-SC
MDL No. 1917

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING THE DEADLINE TO FILE MOTION TO COMPEL DIRECT ACTION PLAINTIFFS TO RESPOND TO CERTAIN OF THE THOMSON DEFENDANTS' DISCOVERY REQUESTS**

Judge: Hon. Samuel Conti

1
2   *Tech Data Corp., et al. v. Hitachi, Ltd., et al., No. 13-cv-00157;*
3
4   *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et. al., No. 13-cv-01173.*
5

6   Direct Action Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies, Corp.;

7   Alfred H. Siegel (as trustee of the Circuit City Stores, Inc. Liquidating Trust); Best Buy Co., Inc.;

8   Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.;

9   BestBuy.com, L.L.C.; Magnolia Hi-Fi, Inc.; Interbond Corporation of America;  Office Depot,

10  Inc.;  Costco Wholesale Corporation; P.C. Richard & Son Long Island Corporation; ABC

11  Appliance, Inc.; MARTA Cooperative of America, Inc.; Schultze Agency Services, LLC, (on

12  behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC); Sears Roebuck and Co. and Kmart

13  Corp.; and Target Corp.; Sharp Electronics Corporation and Sharp Electronics Manufacturing

14  Company of America, Inc., (collectively, "Sharp"); Tech Data Corporation and Tech Data

15  Product Management, Inc.; (all collectively the "DAPs") on the one hand, and Thomson S.A.

16  (n.k.a. Technicolor S.A.) and Thomson Consumer Electronics, Inc. (n.k.a. Technicolor USA, Inc.)

17  (collectively the "Thomson Defendants") on the other  (together, the "Parties") have conferred by

18  and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS

19  FOLLOWS:

20  WHEREAS, on March 21, 2014, the Court entered a scheduling order setting the close of

21  fact discovery for September 5, 2014 (Dkt. No. 2459);

22  WHEREAS, the deadline to file any motion to compel after the discovery cut-off is

23  September 12, 2014 (L.R. 37-3);

24  WHEREAS, on August 1, 2014, the Thomson Defendants served discovery requests on all

25  DAPs, including Thomson SA's Second Set of Requests for Production, seeking, *inter alia*,

26  documents reflecting both formal and informal communications between the DAPs and others

27  regarding their intention to exclude themselves from the Direct Purchaser Plaintiff Class in this

28  litigation (the "Opt-Out Discovery Request");

STIPULATION AND [PROPOSED] ORDER RE
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL
US.54857980.01

No. 07-5944-SC; MDL No. 1917

1    WHEREAS, on or around September 5, 2014, all DAPs served their responses to the Opt-

2  Out Discovery Request, which responses included objections on various grounds;

3    WHEREAS, on September 9, 2014, the Thomson Defendants sent a meet and confer letter

4  to the DAPs regarding issues with their responses and the Parties have since met and conferred in

5  a conference call and in subsequent correspondence with a *bona fide* intent to continue doing so;

6    WHEREAS, the Thomson Defendants and the DAPs agree to extend the deadline for the

7  Thomson Defendants to file a motion to compel relating to issues specific to the DAPs' responses

8  and objections to the Opt-Out Discovery Request to September 19, 2014;

9    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the

10  undersigned counsel that the Thomson Defendants may file a motion to compel on issues specific

11  to the Opt-Out Discovery Request on or before September 19, 2014.

12    The undersigned parties jointly and respectfully request that the Court enter this stipulation as

13  an order.

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  Dated: October 2, 2014

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                    No. 07-5944-SC; MDL No. 1917
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL
US.54857980.01

1

2
    Dated:  September 12, 2014               FAEGRE BAKER DANIELS LLP

3
                                        */s/  Kathy L. Osborn*

4
                                       Kathy L. Osborn (*pro hac vice*)
5
                                       Ryan M. Hurley (*pro hac vice*)
                                       Faegre Baker Daniels LLP
6
                                       300 N. Meridian Street, Suite 2700
                                       Indianapolis, IN  46204
7
                                       Telephone: (317) 237-0300
                                       Facsimile: (317) 237-1000
8
                                       kathy.osborn@FaegreBD.com
                                       ryan.hurley@FaegreBD.com
9
                                       Jeffrey S. Roberts (*pro hac vice*)
10
                                       Faegre Baker Daniels LLP
                                       3200 Wells Fargo Center
11
                                       1700 Lincoln Street
                                       Denver, CO  80203
12
                                       Telephone: (303) 607-3500
                                       Facsimile:  (303) 607-3600
13
                                       jeff.roberts@FaegreBD.com
14
                                       Stephen M. Judge (*pro hac vice*)
15
                                       Faegre Baker Daniels LLP
                                       202 S. Michigan Street, Suite 1400
16
                                       South Bend, IN  46601
                                       Telephone: +1 574-234-4149
17
                                       Facsimile:  +1 574-239-1900
                                       steve.judge@FaegreBd.com
18
                                       Calvin L. Litsey (SBN 289659)
19
                                       Faegre Baker Daniels LLP
                                       1950 University Avenue, Suite 450
20
                                       East Palo Alto, CA  94303-2279
                                       Telephone: (650) 324-6700
21
                                       Facsimile: (650) 324-6701
                                       calvin.litsey@FaegreBD.com
22
                                       *Attorneys for Defendants Thomson SA and Thomson Consumer Electronics, Inc.*

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/  Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
piovieno@bsfllp.com
anardacci@bsfllp.com

William Isaacson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com

Stuart Singer
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Tech Data*

*/s/ Craig Benson*
Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
jsimons@paulweiss.com
cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@paulweiss.com

STIPULATION AND [PROPOSED] ORDER RE
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL
US.54857980.01

No. 07-5944-SC; MDL No. 1917

1   jpatchen@paulweiss.com

2   *Attorneys for Sharp Electronics Corporation and*
    *Sharp Electronics Manufacturing Company of*
3   *America, Inc.*

4

5   */s/  David Martinez*
    Roman M. Silberfeld
6   David Martinez
    Jill S. Casselman
7   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    2049 Century Park East, Suite 3400
8   Los Angeles, CA 90067-3208
    Telephone:  (310) 552-0130
9   Facsimile:  (310) 229-5800
    Email:  rmsilberfeld@rkmc.com
10          dmartinez@rkmc.com
            jscasselman@rkmc.com
11  Elliot S. Kaplan
    K. Craig Wildfang
12  Laura E. Nelson
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
13  800 LaSalle Avenue
    2800 LaSalle Plaza
14  Minneapolis, MN 55402
    Telephone:  (612) 349-8500
15  Facsimile:  (612) 339-4181
    Email:  eskaplan@rkmc.com
16          kcwildfang@rkmc.com
            lenelson@rkmc.com
17
    *Counsel for Plaintiffs Best Buy Co., Inc., Best Buy*
18  *Purchasing LLC, Best Buy Enterprise Services, Inc.,*
    *Best Buy Stores, L.P., BestBuy.com, L.L.C., and*
    *Magnolia Hi-Fi, LLC.*
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE                              No. 07-5944-SC; MDL No. 1917
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL
US.54857980.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ David J. Burman
David J. Burman
Cori G. Moore
Eric J. Weiss
Nicholas H. Hesterberg
Steven D. Merriman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
        CGmoore@perkinscoie.com
        EWeiss@perkinscoie.com
        NHesterberg@perkinscoie.com
        SMerriman@perkinscoie.com

Joren S. Bass
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:  (415) 344-7120
Facsimile:   (415) 344-7320
Email:  JBass@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale
Corporation*

   /s/ Scott N. Wagner
Robert W. Turken
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email:  rturken@bilzin.com
        swagner@bilzin.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131

STIPULATION AND [PROPOSED] ORDER RE
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL
US.54857980.01

No. 07-5944-SC; MDL No. 1917

1                    Email:  wisaacson@bsfllp.com

2                    Philip J. Iovieno
Anne M. Nardacci
3                    BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
4                    Albany, NY  12207
Telephone:  (518) 434-0600
5                    Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
6                           anardacci@bsfllp.com

7                    *Attorneys for Plaintiffs Tech Data Corporation and*
*Tech Data Product Management*

8

                    */s/  Lee Godfrey*
9                    H. Lee Godfrey
Kenneth S. Marks
10                 Jonathan J. Ross
Johnny W. Carter
11                 David M. Peterson
SUSMAN GODFREY L.L.P.
12                 1000 Louisiana Street, Suite 5100
Houston, TX 77002
13                 Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
14                 Email:  lgodfrey@susmangodfrey.com
                         kmarks@susmangodfrey.com
15                       jross@susmangodfrey.com
                       jcarter@susmangodfrey.com
16                       dpeterson@susmangodfrey.com

17                 Parker C. Folse III
Rachel S. Black
18                 Jordan Connors
SUSMAN GODFREY L.L.P.
19                 1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
20                 Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
21                 Email:  pfolse@susmangodfrey.com
rblack@susmangodfrey.com
22                 jconnors@susmangodfrey.com

23                 *Counsel for Plaintiff Alfred H. Siegel, solely in his*
*capacity as Trustee of the Circuit City Stores, Inc.*
24                 *Liquidating Trust*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE              No. 07-5944-SC; MDL No. 1917
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL
US.54857980.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Jason Murray
Jason C. Murray
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 443-5582
Facsimile:   (213) 622-2690
Email:  jmurray@crowell.com

Jerome A. Murphy
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  jmurphy@crowell.com
            aheaven@crowell.com

*Counsel for Target Corp..*

/s/ Richard Arnold
Richard Alan Arnold
William J. Blechman
Kevin J. Murray
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
Email:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears, Roebuck and Co. and
Kmart Corp.*

     Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER RE
EXTENDING THE DEADLINE TO FILE A
MOTION TO COMPEL
US.54857980.01

No. 07-5944-SC; MDL No. 1917